# 642     DECISIONS IN CASES NOT REPORTED.

and did not find it, and pay costs and printing disbursements; otherwise denied, with ten dollars costs and printing disbursements. Order to be settled by Landon, J.; Bockes, J., not acting.

Charles Lavier, Appellant, v. Sidney R. Phelps, Respondent. — Judgment affirmed, with costs. Mem. by Learned, P. J.

Peter Blake, Plaintiff, v. Jacob Blum, Defendant. — Judgment affirmed, with costs.

William Doran, Plaintiff, v. The City of Troy, Defendant. — Judgment affirmed, with costs.

Job Sidebottom, Respondent, v. Julia Donovan, Appellant. — Judgment affirmed, with costs.

## SECOND DEPARTMENT, DECEMBER TERM, 1885.

Thomas H. Robbins, Appellant, v. George W. Brown and others, Respondents. — Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.

Elizabeth H. Taylor, Respondent, v. Edwy L. Taylor, Appellant. — Judgment affirmed, with costs. Opinions by Barnard, P. J., and Pratt, J.

Edward D. James, Appellant, v. Julia L. James and others, Respondents. — Decree of surrogate affirmed, with costs. Opinion by Dykman, J.

John Sullivan and another, Respondents, v. The Village of Sing Sing, Appellants. — Judgment reversed and new trial granted at Circuit, unless the respondent stipulate to deduct all sums allowed in excess of contract price. If stipulation be filed, judgment will be affirmed as to residue of judgment, with costs to appellant. Opinion by Dykman, J., and order to be settled by him.

Elizabeth A. Baxter, Plaintiff, v. Rebecca Stickler and others, Defendants. — Order reversed, with costs and disbursements, and motion denied. Opinion by Barnard, P. J.; Dykman, J., not sitting.

William H. Gale and another, Respondents, v. John H. Haverly, Appellant. — Judgment affirmed, with costs. Opinion by Pratt, J.

Eliza A. Munoz, as Administratrix, etc., Appellant, v. George Wilson and others, Respondents. — Judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.; Dykman, J., not sitting.

John W. Harway, Respondent, v. The Long Island Railroad Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

George W. Varian, Respondent, v. Robert A. Johnson, Appellant. — Judgment affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Isaac Terwilliger and another, Respondents, v. Daniel McEnerny, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Daniel Truesdell, Respondent, v. Henry J. Sarles and others, Appellants. — Judgment modified; decree to be settled in accordance with opinion. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Ellen E. Anderson, Plaintiff, v. Aaron S. Robbins, Defendant. — Appeal withdrawn.

Samuel Harriott, Plaintiff, v. John M. Masterton, Defendant. — Judgment affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

Fisk Wallace, Plaintiff, v. John Devlin and others, Defendants. — Motion denied, with ten dollars costs. Opinion by Dykman, J.

Elizabeth H. Taylor, Respondent, v. Edwy L. Taylor, Appellant. — Order modified by deducting trial fee, and affirmed otherwise, without costs. Opinion by Platt, J.

Leopold Bossange, Respondent, v. Louis Boisse, Appellant. — Order reversed and motion denied, with costs and disbursements. Opinion by Dykman, J.

Daniel Cromwell, Plaintiff, v. John H. Hall, Defendant. — Appeal withdrawn.

Timothy Connors and others, Appellants, v.

Peter A. Tilyou and others, Respondents. — Order affirmed, with costs. Opinions by Pratt and Dykman, JJ.; Barnard, P. J., not sitting

Alonzo J. Chadsey, Appellant, v. Alice Frost, Executrix, etc., Respondent. — Order reversed, with costs and disbursements, and motion denied, with costs. Opinion by Barnard, P. J.; Dykman, J., dissenting.

Alfred B. Post, Respondent, v. Sophia Smith, Appellant. — Order affirmed, with costs and disbursements. Opinion by Dykman, J.

George Mitchell, Respondent, v. Joseph Cornell, Appellant. — Order refusing new trial on the ground of newly discovered evidence affirmed, with costs and disbursements. Opinion by Barnard, P. J.

George Mitchell, Respondent, v. Joseph Cornell, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

William H. Wisner, Respondent, v. The Lake Milk Company, Appellant. — Order affirmed, with costs and disbursements. Opinion by Dykman, J.

John Denna, Respondent, v. Jerome Denna and others, Appellants. — Order affirmed, with costs and disbursements. Opinion by Dykman, J.: Barnard, P. J., not sitting.

Michael A. Gearon, Respondent, v. Franklin Murphy, Appellant. — Order reversed, with costs and disbursements. Opinions by Dykman and Pratt, JJ.; Barnard, P. J., not sitting

Matter of Will of Clara W. Perry — Decree of surrogate affirmed, with costs. Opinion by Barnard, P. J.

Matter of Settlement of Clara W. Perry's Executors. — Motion to open accounts denied, with costs. Opinion by Barnard, P. J.

David J. Garth, Respondent, v. Eymer Cappelman, Appellant. — Judgment and order denying new trial reversed and new trial granted, costs to abide event. Opinion by Dykman, J.; Barnard, P. J., dissenting.

The People of the State of New York ex rel. Francis J. Moissen v. The County Court of Kings County. — Order denying writ of prohibition affirmed, with costs and disbursements. Opinion by Barnard, P. J.

James B. Lockwood and others, Appellants, v. William T. Brantley and others, Respondents. — Judgment affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

Christian F. Ammon, Appellant, v. Augustus A. Frank, Respondent. — Judgment affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Anthony J. Meagher, Respondent, v. George W. T. Lord and others, Appellants. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

James Black, Respondent, v. Brooklyn City Railroad Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

Thomas Murphy, Respondent, v. The New York, Woodhaven and Rockaway Railroad Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

William P. Clyde and another, Appellants, v.